66 F.3d 187
 95 Cal. Daily Op. Serv. 9005
 UNITED STATES of America, Plaintiff-Appellee,
v.
Gene CAMP, Victor Camp, Todd Oatman, Defendants-Appellants.
 Nos. 94-30292, 94-30303 and 94-30304.
 United States Court of Appeals,
Ninth Circuit.
 Nov. 30, 1995.
 
 Before: JAMES R. BROWNING, EUGENE A. WRIGHT and THOMAS G. NELSON, Circuit Judges.
 
 ORDER
 
 1
 The Amended Opinion, 66 F.3d 185 (9th Cir.1995), is withdrawn.